IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PETER J. SMITH,                )
                               )
        Plaintiff,             )
                               )    CIVIL ACTION NO.
        v.                     )    2:24cv173-MHT
                               )        (WO)
WENDY'S INC., et al.,          )
                               )
        Defendants.            )
```

## OPINION

Plaintiff filed this lawsuit asserting claims stemming from an incident in which he was served food that had a jagged plastic object in it. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of May, 2024.

         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE