IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH,            ) | |
|                      ) | |
|     Plaintiff,      ) | |
|                      ) | CIVIL ACTION NO. |
|    v.            ) | 2:24cv173-MHT |
|                      ) | (WO) |
| WENDY'S INC., et al.,    ) | |
|                      ) | |
|     Defendants.    ) | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 6) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to follow a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of May, 2024.

                              /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**